IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLTON JOHNSON,**<br>　　　　　Petitioner,<br><br>　　　v.<br><br>**PHILADELPHIA PRISON SYSTEM,**<br>**COMMISSIONER LOUIS GIORLA,**<br>**WARDEN M. FARRELL,**<br>**DEPUTY WARDEN MAJOR ABELLO, and**<br>**UNIT MANAGER LT. McALLISTER,**<br>　　　　　Respondents. | **CIVIL ACTION**<br><br><br><br>**NO.  16-309** |

# O R D E R

**AND NOW**, this 20th day of December, 2016, upon consideration of Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 filed by *pro se* petitioner, Carlton Johnson, the record in this case, and the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells dated October 25, 2016, no objections having been filed, **IT IS ORDERED** as follows:

　　1.　The Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells dated October 25, 2016 is **APPROVED AND ADOPTED**;

　　2.　Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 filed by *pro se* petitioner, Carlton Johnson is **DISMISSED AS MOOT**;

　　3.　A certificate of appealability will not issue because reasonable jurists would not debate this Court's decision that the petition does not state a valid claim of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　/s/ Hon. Jan E. DuBois
　　　　　　　　　　　　　　　　　─────────────────────
　　　　　　　　　　　　　　　　　　DuBOIS, JAN E., J.